United States District Court
Western District of North Carolina
File number: 99-558

FILED
ASHEVILLE, NC
JUN 22 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Billy R. Maney, Pro Se
Defendant

vs.

Tribal Child Support Enforcement
Julia A. Maney (n/k/a Julia A. Doan)
Plaintiff

Motion For
Notice of Removal

1:15CV121

Now comes Defendant, Billy R. Maney, Pro Se, and request that this Honorable Court take Jurisdiction of case file 99-558 from the Cherokee Court System of the Eastern Band of the Cherokee Tribe, to review the final order of the Cherokee Supreme Court denying Defendant's Appeal of the final order of the Cherokee Superior Court in Case Number: CV 99-558. Defendant shows the Court the following:

1. Defendant filed a notice of Appeal of the Cherokee Supreme Court in October, 2014 (see notice of Appeal with attached documents attached hereto) and since that time defendant has been trying to find the Court with the proper jurisdiction to accept the "notice of Appeal" (see documents attached to notice of Appeal).

2. Defendant Request that this Court take Jurisdiction of the Case and rule on his notice of Appeal as it appears that this Case may be a Case of first impression and a Constitutional Question is being raised.

Wherefore defendant request the following Relief.
  A. That this Court allow a Belated Appeal in this Case.
  B. Appoint Counsel for Defendant
  C. Grant any necessary Relief the Court deem appropriate.

                              Respectfully Submitted
                              Billy R. Maney
                              Piedmont Correctional Inst.
                              1245 Camp Road
                              Salisbury, N.C. 28147

<u>In the United States District Court</u>
<u>Western District of North Carolina</u>
<u>File Number: 99-558</u>

<u>Billy R. Maney, Pro Se,</u>
    Defendant

vs.

<u>Tribal Child Support Enforcement;</u>
<u>Julia A. Maney (n/k/a Julia A. Queen),</u>
    Plaintiff

<u>From: Tribal Court Division</u>
<u>Eastern Band of Cherokee Indians</u>
<u>Cherokee, North Carolina</u>

## <u>Notice of Appeal</u>

Defendant, <u>BILLY R. MANEY</u>, Pro Se, hereby give notice of appeal to this Honorable Court the final ruling/order of the Honorable William Boyum, Chief Justice for the Cherokee Supreme Court, Eastern Band of Cherokee Indians, Qualla Boundary, Cherokee, North Carolina, dated September 23, 2014 wherein Chief Justice Boyum, pursuant to Rule 21(b)(1) of the Cherokee Rules of Appellate Procedures, dismissed Defendant's appeal in Case number 99-558 and remanded the case back to the Cherokee Tribal for compliance with the judgment rendered therein. (See Exhibit A, attached hereto). That Defendant shows this Court the following:

    1. That according to the Cherokee Judicial Code, Chapter 7, the Cherokee Supreme Court and the Cherokee Tribal Court are Courts within the Judicial Branch. (See Exhibit B, Section 7-1, attached

Case 1:15-cv-00121-MR-DLH   Document 1   Filed 06/22/15   Page 3 of 7
-1-

hereto).

2. That the orders and final Ruling of the Cherokee Supreme Court are final and shall not be subjected to appeal to any other body of the Eastern Band of Cherokee Indians. (See Exhibit B, section 7-5(e).

3. That any Case or Controversy arising within the territory of the Eastern Band of Cherokee Indians shall be filed and exhausted in the Judicial Branch before it is filed in any other jurisdiction...2... (See Exhibit B, section 1-2(b)).

4. That Cherokee, North Carolina, where Defendant's Controversy begin is in the District of this Court and therefore this Court has jurisdiction of this Case and Controversy, the Defendant believes, on information and knowledge.

5. That Defendant's Appeal was Dismissed by the Cherokee Supreme Court in an order dated September 23, 2014 and on information and belief defendant had 30 days in which to file a notice of Appeal, however, due to defendant being an inmate within the North Carolina Department of Public Safety, he did not receive a copy of the September 23, 2014 order until mail call on September 29, 2014. (See Exhibit C - Legal mail letter dated Sept. 29, 2014 and stamped by NC Dept. of Correction).

6. That from September 29, 2014 until October 29, 2014 is 30 days and pursuant to Federal Pro Se law defendant submit this notice of Appeal to Prison officials in the unit mail room for mailing to this Court and that this notice of Appeal is considered filed in this Court within

the proper time limits.

Wherefore, defendant request the following:

A. That this Court allow defendant to pursue his Appeal in this Court.
B. That this Court inform defendant of any proper procedures for filing an Appeal of this nature in this Court and/or direct defendant to any proper Court for filing this Appeal.
C. That this Court provide this Pro Se defendant an extention of time to perfect his notice of Appeal.
D. That this Court grant whatever necessary relief it deem appropriate.

This 29th day of October, 2014

Billy R. Manes
P.C.I. 3500
1245 Camp Road
Salisbury, N.C.
28147

### Certificate of Service

This is to certify that the undersigned has this date served this notice of Appeal in the above captioned action upon Plaintiff's Attorney and the Clerk of the Cherokee Supreme Court by depositing a copy hereof in the United States Mail properly addressed to:

The Law Office of Collins + Hensley
Attorneys At Law
217 Iotla Street
Franklin, N.C. 28734
Phone 828 524-0017

Clerk of Court
The Cherokee Supreme Court
P.O. Box 1629
Cherokee, N.C. 28719
Phone 828 497-1064

This the 29th day of October, 2014

Billy Rat Maney
Defendant

Mar 15, 2015

Dear Clerk of Court, Asheville Division,

    Attached to this letter please find a motion entitled "Notice of Removal", and a Inmate Trust Fund Account inquires form and a United State District Court Application to Proceed in District Court without Prepaying Fees or Costs, along with the Court Files in case number 99-558 from Eastern Band of the Cherokee Court system for filing in your court.

    Please be advised that this case has been held up by the Cherokee Court System refusal to inform me on which federal court had proper jurisdiction to accept an Appeal from the Cherokee Court system. This may be a case of first impression in terms of an Appeal coming from the Cherokee Court system. After making various inquiries about how to Appeal from the Cherokee Court system, the Clerk of Court, District Court Western District suggested I file motion entitled "Notice of Removal" with a Application to Proceed without paying Costs, etc.

    Please inform me if this is the proper court jurisdiction for this Appeal. If not, please advise me.