# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| BILLY R. MANEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:15-cv-00121 |
| | ) | |
| vs. | ) | |
| | ) | |
| TRIBAL CHILD SUPPORT | ) | |
| ENFORCEMENT, ex rel, | ) | |
| JULIA A. MANEY | ) | |
| (n/k/a JULIA A. QUEEN), | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2015 Order.

June 26, 2015

_____
Frank G. Johns, Clerk
United States District Court