THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00121-MR-DLH

| | | |
|---|---|---|
| TRIBAL CHILD SUPPORT ENFORCEMENT, ex rel. JULIA A. MANEY (n/k/a JULIA A. QUEEN), | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **O R D E R** |
| BILLY R. MANEY, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Defendant's "Notice of Appeal and Request for an Extension of Time" [Doc. 5].

The Defendant has filed a Notice of Appeal of this Court's Order dismissing the present action due to a lack of subject matter jurisdiction. [Doc. 5]. In his Notice of Appeal, the Defendant also seeks an extension of time "to perfect his appeal." [Doc. 5 at 1].

With the Defendant's notice of appeal, this Court has been divested of its jurisdiction over this matter. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58–59 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court

of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). If the Defendant intends to seek relief with respect to his appeal, he must do so with the Fourth Circuit Court of Appeals.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Request for an Extension of Time" [Doc. 5] is **DENIED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge